# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ILLINOIS

CRAIG YOW,

    Plaintiff,

v.

JACK COOPER TRANSPORT
COMPANY, INC., et al,

    Defendant.                               No. 14-cv-992-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Stipulation to Dismiss executed by the plaintiff and defendant.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case entered on September 16, 2016 (Doc. 130), this case is **DISMISSED** with prejudice.

                                       JUSTINE FLANAGAN,
                                       ACTING CLERK OF COURT

                                       BY:    /s/*Caitlin Fischer*
                                              **Deputy Clerk**

Dated: September 16, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.09.16 15:35:02 -05'00'

APPROVED:
       U.S. DISTRICT JUDGE
       U. S. DISTRICT COURT